IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEANNA J. ROBINSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-606-K |
| | § | |
| SHERIFF RANDY MEEKS, in his | § | |
| Individual and official capacities; | § | |
| DEPUTY JOSH ROBINSON, | § | |
| DEPUTY WILLIAM WHITTEN, | § | |
| GINA LOPEZ, JANA CAMPBELL, | § | |
| OFFICER DANIEL CATALAN, | § | |
| INVESTIGATOR MICHELLE | § | |
| HUGHES a/k/a MICHELLE | § | |
| LOOPER, INVESTIGATOR | § | |
| JAY BORTON, each in their | § | |
| Individual capacity; HUNT COUNTY; | § | |
| and TAYLOR BAIL BONDS, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Plaintiff's Motion for Default Judgment and Request for Hearing on Damages Against Defendant Taylor Bail Bonds (Doc. No. 71). After carefully considering the motion, the record, and the applicable law, the Court declines to exercise supplemental jurisdiction over the remaining state law claim, having dismissed all claims over which the Court had original jurisdiction. *See* 28 U.S.C. § 1367(c)(3); *see also Batiste v. Island Records Inc.*, 179 F.3d 217, 227 (5th Cir. 1999). Under 28 U.S.C. § 1367(d), the statute of limitations with respect to the state

1

law claim is tolled for a period of thirty days after dismissal, unless state law provides for a longer tolling period. Because the Court declines to exercise supplemental jurisdiction, the Court **VACATES** the Clerk's entry of default and **DISMISSES without prejudice** Plaintiff Robinson's claim against Defendant Taylor Bail Bonds.

**SO ORDERED.**

Signed June 14th, 2018.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE